DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
TODD, RICHARD LEE and
TODD, SHEALEA JEAN

Case No. 05-03539-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $1.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| TODD, RICHARD LEE and TODD, SHEALEA JEAN | 719 NORTH 4TH AVENUE YAKIMA, WA 98902 | $1.00 |

Dated: October 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875268    11-8-10    # 1.00